**Order entered December 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01598-CR

**ARADYOUS UNIQUE WEATHERLY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1356253-U**

## ORDER
Before Justices FitzGerald, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** appellant's November 15, 2013 motion to dismiss counsel.

/s/    ROBERT M. FILLMORE
        JUSTICE